IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRANDON CARUSILLO, et al. individually and on behalf of all persons similarly situated,<br><br>    **Plaintiffs**<br><br>v.<br><br>FANSIDED, INC., d/b/a FANSIDED, et al.<br><br>    **Defendants.** | Case No.: 1:20-cv-04766-JPO |

## NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF FLSA COLLECTIVE AND RULE 23 CLASS ACTION SETTLEMENT

Plaintiffs Brandon Carusillo, David Gate, and Joshua Sippie (collectively, "Plaintiffs"), through their undersigned counsel, hereby move for final approval of the hybrid Class and Collective Action Settlement Agreement ("Agreement") reached between Plaintiffs and Defendant Fansided, Inc. d/b/a Fansided ("Defendant"). Plaintiffs respectfully request, without opposition by Defendant, that the Court grant the following relief:

1. Finally approve as fair, reasonable and adequate, the Agreement, a true and correct copy of which is attached hereto as Exhibit 2.

2. Finally certify, under 29 U.S.C. § 216(b), for purposes of settlement, the following "FLSA Collective":

> All individuals who contracted with Defendant FanSided, Inc. as a Site Expert, who were classified as independent contractors, who filed written consents to join this action pursuant to 29 U.S.C. § 216(b), and whose consents to join and claims have not been withdrawn or dismissed.

3. Finally certify, under Fed. R. Civ. P. 23, for purposes of settlement, the following "New York Rule 23 Class":

All individuals who, at any time during the period between January 14, 2016 to the date of Preliminary Approval, contracted with Defendant FanSided, Inc. as a Site Expert and whose last known address was in the State of New York, who were classified as independent contractors, and who have not objected to or requested to exclude themselves from the settlement.

4. Finally approve the settlement of the FLSA Collective's claims under the Fair Labor Standards Act.

5. Finally approve Plaintiffs Brandon Carusillo and David Gate as representatives of the FLSA Collective.

6. Finally approve Plaintiff Joshua Sippie as Class Representative of the New York Rule 23 Class.

7. Finally approve service awards of $10,000.00 to Plaintiffs Brandon Carusillo, David Gate and Joshua Sippie, respectively.

8. Finally approve James E. Goodley and Ryan P. McCarthy of the law firm Goodley McCarthy LLC as Class Counsel for the FLSA Collective and New York Rule 23 Class.

9. Finally approve Class Counsel's attorney fees and costs of $383,333.33, which is equal to 33 1/3% of the common fund.

10. Finally approve RG2 Claims Administration LLC as Settlement Administrator to perform the notice and administration services described in the Agreement.

11. Finally approve the Settlement Administrator's costs of claims administration, in an amount not to exceed $10,091.00.

12.     Dismiss the action with prejudice, subject to the Court maintaining jurisdiction over enforcement of the settlement.

Dated: November 17, 2022                             Respectfully Submitted,

/s/ James E. Goodley
James E. Goodley (NY Reg. No. 5724083)
Ryan P. McCarthy*
GOODLEY MCCARTHY LLC
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 394-0541
james@gmlaborlaw.com
ryan@gmlaborlaw.com

*Attorneys for Plaintiffs and the Classes*
*\* Admitted Pro Hac Vice*